628 S.E.2d 887

**In the Matter of Barry T. WIMBERLY, Petitioner.**

Supreme Court of South Carolina.

March 27, 2006.

## ORDER

On December 1, 2003, petitioner was suspended from the practice of law for twelve (12) months. *In the Matter of*

---

*Wimberly,* 356 S.C. 436, 590 S.E.2d 335 (2003). Petitioner has filed a Petition for Reinstatement pursuant to Rule 33, RLDE, Rule 413, SCACR.

Petitioner's Petition for Reinstatement is hereby granted.

IT IS SO ORDERED.

/s/Jean H. Toal, C.J.
FOR THE COURT